**Glen Carbon Mercantile Company, appellee, v. Thomas Williams, appellant.**

Action for balance on an account at plaintiff's general store. Statute of limitations pleaded.  Judgment for plaintiff.  Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding.  Heard in this court at the March term, 1921.  Affirmed.  Opinion filed November 10, 1921.

S. A. Bleisch, for appellant.  Terry, Gueltig & Powell, for appellee

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Geza Lengzel, appellee, v. Southern Illinois Railway & Power Company, appellant.**

Action for damages to an automobile by collision at a highway crossing with defendant's interurban car.  Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding.  Heard in this court at the March term, 1921.  Affirmed.  Opinion filed November 10, 1921.

Miley & Combe, for appellant.  A. C. Lewis and Jacob W. Myers, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**City of Edwardsville, appellee, v. Central Union Telephone Company, appellant.**

Action of debt for unpaid telephone pole license required by ordinance.  Judgment for plaintiff.  Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding.  Heard in this court at the March term, 1921.  Transferred to Supreme Court.  Opinion filed November 10, 1921.

Cutting, Moore & Sidley, Charles W. Terry and Charles E. Gueltig, for appellant.  George A. Lytle, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**John Wendzinski, appellee, v. Madison Coal Corporation, appellant.**

Action for negligence.  Appeals from former trial reported in 203 Ill. App. 1, rev'd in 282 Ill. 32.  Judgment for plaintiff.  Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding.  Heard in this court at the March term, 1921. Affirmed.  Opinion filed November 10, 1921.  *Certiorari* denied by Supreme Court (making opinion final).

Burton & Burton, for appellant; John G. Drennan, of counsel. William P. Smith and Terry, Gueltig & Powell, for appellee.

Mr. Justice Barry delivered the opinion of the court.